IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

HYUNA LEE,                              )
                                        )
    Plaintiff,                      )
                                        )
    v.                              )    Civil Action No. 1:25-cv-635 (RDA/WEF)
                                        )
KOREA INNOVATION CENTER,                )
*et al.*,                               )
                                        )
    Defendants.                     )

## **ORDER**

A Fed. R. Civ. P. 16(b) PRETRIAL CONFERENCE will be held on Wednesday, May 6, 2026, at 11:00 a.m. before Magistrate Judge William E. Fitzpatrick.  The parties shall confer prior to this conference to consider the claims, defenses, possibilities of a prompt settlement or resolution of the case, trial before the magistrate judge, to arrange for the disclosures required by Rule 26(a)(1), and develop a discovery plan that will complete discovery by Friday, August 21, 2026.  A party may not exceed five (5) non-party, non-expert witness depositions nor serve on any other party more than thirty (30) interrogatories, including parts and subparts, without leave of court.  Proposed discovery plans must be filed by the Wednesday one week before the Rule 16(b) pretrial conference.

Motions for Summary Judgment will be due by Friday, September 4, 2026.  The parties are specifically directed to adhere to Local Rule 56(B).  Specifically, each brief in support of a motion for summary judgment must include a separately captioned section within the brief listing, in numbered-paragraph form, each material fact that the movant contends is undisputed with appropriate citations to the record.  A brief in opposition to a motion for summary judgment must include a separately captioned section within the brief addressing, in numbered-paragraph form corresponding to the movant's section, each of the movant's enumerated facts and indicating whether the non-movant admits or disputes the fact with appropriate citations to the record.  The Court may assume that any fact identified by the movant as undisputed in the movant's brief that is not specifically controverted in the non-movant's brief in the manner set forth above is admitted for the purpose of deciding the motion for summary judgment.

A final pretrial conference will be set after any motions for summary judgment are resolved.  If no party files a motion for summary judgment, then the parties must file a notice or motion with the Court on or before Monday, September 7, 2026, informing the Court that no motion for summary judgment has been filed and that a final pretrial conference should be set.

The parties must electronically file on or before the final pretrial conference the Rule 26(a)(3) disclosures and a list of the exhibits to be used at trial, a list of the witnesses to be called at trial and a written stipulation of uncontested facts. The exhibits themselves or a copy should be exchanged with opposing counsel before the conference. Objections to exhibits must be filed within 10 days after the conference; otherwise the exhibits shall stand admitted in evidence. The original exhibits shall be delivered to the clerk as provided by Local Rule 79(A). Non-expert witnesses and exhibits not so disclosed and listed will not be permitted at trial except for impeachment or rebuttal, and no person may testify whose identity, being subject to disclosure or timely requested in discovery, was not disclosed in time to be deposed or to permit the substance of his knowledge and opinions to be ascertained. The trial of this case will be set for a day certain, typically within 4-8 weeks of the final pretrial conference.

The parties are instructed that, should any party utilize artificial intelligence for the preparation of any filing, they must identify the use of artificial intelligence in the filing and provide a certification that they have reviewed all citations for accuracy.

Discovery may begin upon receipt of this Order.

PERSONAL IDENTIFIERS MUST BE REDACTED FROM ALL PUBLICLY FILED PLEADINGS AND EXHIBITS IN ACCORDANCE WITH LOCAL RULE 7(C).

It is SO ORDERED.

Alexandria, Virginia
April 9, 2026

/s/

Rossie D. Alston, Jr.
United States District Judge